BLANK ROME LLP
Attorneys for Plaintiff
LeRoy Lambert (LL 3519)
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYKCOS CAR CARRIER CO. LTD.,

    Plaintiff,

-against-

DATCA MARITIME INC.,

    Defendant.



**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff NYKCOS CAR CARRIER CO. LTD. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation, but that Nippon Yusen Kaisha ("NYK") owns shares in Plaintiff, along with Cosco Shipping Co., Ltd., and that NYK is publicly traded on the Tokyo Stock Exchange (Ticker: NYK).

Dated:   New York, New York
           August 29th, 2008

                                    BANK ROME LLP
                                    Attorneys for Plaintiff
                                    NYKCOS CAR CARRIER CO. LTD.

                                    By _____
                                       LeRoy Lambert (LL 3519)
                                       Thomas H. Belknap, Jr. (TB-3188)
                                       The Chrysler Building
                                       405 Lexington Avenue
                                       New York, NY 10174-0208
                                       Tel.: (212) 885-5000